**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **JOSHUA CARBAUGH,** | : | |
| | : | |
| **Petitioner,** | : | **Case No. 2:25-cv-01258** |
| | : | |
| **- vs -** | : | **District Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Michael R. Merz** |
| **WARDEN, Chillicothe Correctional Institution,** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

DATED: October 2, 2026

ALGENON L. MARBLEY
United States District Judge